IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07 CR 15-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CASEY MARIA RADFORD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion to Modify Terms and Conditions of Pre-Trial Release (#288) filed by counsel for Defendant. At the call of this matter on for hearing, it appeared that Defendant was present with her counsel Anthony Alan Coxie and the Government was present through AUSA Thomas Ascik. The undersigned advised the parties that a hearing had been set for January 28, 2016 regarding the Petition alleging that Defendant had violated terms and conditions of her supervised release. The undersigned further advised the parties that this Court would not be in position to grant a motion allowing Defendant to be released on terms and conditions of pretrial release on January 27, 2016 when the hearing before the District Court was to take place the next day on January 28, 2016.

After consulting with Defendant, Mr. Coxie advised the Court that he wished to withdraw his motion. The Government advised that it had no objection.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Modify Terms and Conditions of Pre-Trial Release (#288) is considered to be **WITHDRAWN** and is **DISMISSED**.

Signed: January 28, 2016

Dennis L. Howell
United States Magistrate Judge